IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT LEE SANDERS                                                                         PLAINTIFF

VS.                                          Civil No. 6:13-cv-6024

RAY HOBBS, et al.                                                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed August 11, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 76). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 63) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 63) should be and hereby is **GRANTED**. Plaintiff's claims against Defendants Hobbs, Defendant May, Defendant Holms, and Defendant Walters are dismissed without prejudice, and Plaintiff's claims against Defendant Reed are dismissed with prejudice.

**IT IS SO ORDERED**, this 9th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge